

Richard Newton <richardrussellnewton@gmail.com>

## Martha Swann v. East Ala Med Center -- Defendant's Failure to Cooperate in Discovery. Plaintiff's Int 28 and RfP BB

**Warren Lightfoot** <wlightfoot@maynardnexsen.com>  Mon, Feb 24, 2025 at 5:26 PM
To: Richard Newton <richardrussellnewton@gmail.com>
Cc: Brock Phillips <bphillips@maynardnexsen.com>

We are at an impasse.

[Quoted text hidden]
[Quoted text hidden]