|   |   |
|---|---|
| ) | |
| ) | |
| ) | DECLARATION OF MARTHA SWANN |
| ) | |
| ) | RE:  EAMC WEBSITE SCREENSHOT |
| ) | |

*My name is Martha Swann. I reside in Alabama. I am the Plaintiff in the case Martha Swann v. East Alabama Medical Center (Civil Action No. 3:24-cv-00244). I have personal knowledge of the facts set forth below.*

Attached to this Declaration are:  <u>Exhibit A</u> (a full-page screenshot of an archived web page), and <u>Exhibit B</u> (a detail, a "closeup," of that same webpage). I personally archived EAMC's leadership page as it appeared around February 5, 2023.

I did this to preserve a copy of EAMC's leadership structure less than two (2) weeks after my EAMC grievance hearing, which took place on January 24, 2023. I created the archive on 6 Feb 2023 at 01:01:04 UTC, which would have been approximately 7:00 pm on February 5, 2023. I took a screenshot of the archived webpage on May 31, 2025, and made a detail of it, for the purpose of attaching them to this Declaration.

The top of the archived webpage shows the original URL that has been preserved. EAMC's leadership page, found at the previous URL, has been updated since February of 2023 – titles have changed, one administrator has left, Dr. Michael Roberts has joined the administration, and the Board of Directors has a few changes. The archived copy of the webpage is very helpful in allowing one to see and understand how EAMC's administration was organized around the time of the late January 2023 grievance hearing, and to see what roles the grievance panel members held at EAMC during that particular time period.

I used an archiving service called / primarily known as "Archive.today." According to the home page:

> Archive.today is a time capsule for web pages! It takes a 'snapshot' of a webpage that will always be online even if the original page disappears. It saves a text and a graphical copy of the page for better accuracy and provides a short and reliable link to an <u>unalterable record of any web page</u> . . . This can be useful if you want to take a 'snapshot' of a page which could change soon. [emphasis added].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  <u>June 2, 2025</u>

<u>                     /s/ Martha Swann                     </u>
Martha Swann

# Exhibit A



# Exhibit B







  

  

