# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARTHA SWANN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:24-cv-00244 |
| | ) |
| **EAST ALABAMA MEDICAL CENTER,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT EAST ALABAMA MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT

Defendant East Alabama Medical Center ("EAMC"), pursuant to Federal Rule of Civil Procedure 56(a), hereby moves for complete summary judgment in this case. As demonstrated in EAMC's supporting brief and in its evidentiary submission, which are filed contemporaneously herewith, the undisputed, material facts that demonstrate EAMC is entitled to judgment as a matter of law on all of Plaintiff Martha Swann's claims. Therefore, EAMC respectfully requests that this Court grant this Motion for Summary Judgment and enter an order dismissing this case with prejudice and awarding EAMC all costs recoverable under Fed. R. Civ. P. 54(d)(1).

Respectfully submitted,

*/s/ Warren B. Lightfoot, Jr.*

Warren B. Lightfoot, Jr.
W. Brock Phillips
Maynard Nexsen, PC
1901 Sixth Avenue North
1700 Regions Harbert Plaza
Birmingham, AL  35203
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
Email: wlightfoot@maynardnexsen.com
           bphillips@maynardnexsen.com

*Attorneys for Defendant*
*East Alabama Medical Center*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2025, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard R. Newton
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35213
(205) 356-2498
richardrussellnewton@gmail.com

                                     */s/ Warren B. Lightfoot, Jr.*
                                     OF COUNSEL